# United States District Court
## *Southern District of Georgia*

Melbry Phillips Devine,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV415-130,

Carolyn W. Colvin,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 8/19/16, adopting the Magistrate Judge's Report and Recommendation, judgment is hereby entered closing the case.

| | |
|---|---|
| 8/19/16 | Scott L. Poff |
| Date | Clerk |
| | *(By) Deputy Clerk* |